IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| ROY ALAN COSTA,           ) | CV 05-00397SOM-BMK |
| )              Plaintiff,          ) | |
| vs.                                  ) | |
| JAMES COOK, STATE OF     ) HAWAII,                            ) | |
| )              Defendant.        ) | |
| _____  ) | |

ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION TO DENY
PETITION FOR WRIT OF HABEAS CORPUS

Findings and Recommendation having been filed and served on all parties on June 20, 2006, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation To Deny Petition for Writ of Habeas Corpus, document 1, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, July 18, 2006.



/s/ Susan Oki Mollway
Susan Oki Mollway
United States District Judge

cc: all parties of record